

The following constitutes the order of the Court.
Signed: May 6, 2020

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 19-51759 SLJ |
| | Chapter 13 |
| JASON MATTHEW CLAUSING, | Date: May 5, 2020 |
| Debtor. | Time: 10:30 a.m. |
| | Ctrm: 9 |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO HOLD ROBERT McCRACKEN IN CONTEMPT OF COURT**

Debtor's Motion to Hold Robert McCracken in Contempt of Court ("Motion") came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons stated on the record,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED in part and DENIED in part.

2. The court determines that Robert McCracken is in contempt of court for failure to comply with the Order Imposing Sanctions against Robert McCracken for Violation of the Automatic Stay, entered on March 27, 2020.

3. The court shall issue an Order to Show Cause re Contempt ("Order to Show Cause").

4. Debtor is awarded attorney's fees and costs and Debtor's counsel is directed to file a declaration with his time records by May 12, 2020. The amount of the award will be incorporated in the Order to Show Cause.

5. Debtor's request for monetary sanction in the amount of $1,000 per day, commencing on March 2, 2020, is DENIED.

6. Debtor's request for a money judgment pursuant to Civil Rule 69(a), as incorporated by Bankruptcy Rule 7069, is DENIED.

7. Debtor's request for a Writ of Body Attachment for the arrest of Robert McCracken is DENIED.

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications